*pcm12.7.20*
CDA/JTW
USAO#2020R00881

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JKB-20-0443

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | |
| TORICO REAVES, | * | (Conspiracy to Distribute and |
| MICHAEL BOWLES, | * | Possess with Intent to Distribute |
| SHAWN JACKSON, | * | Controlled Substances, 21 U.S.C. |
| LAFONTE JOHNSON, | * | § 846; Possession with Intent to |
| ROBERT ROSS, JR., | * | Distribute a Controlled Dangerous |
| ALBERT SHIELDS, | * | Substance, 21 U.S.C. § 841(a); Aiding |
| and | * | and Abetting, 18 U.S.C. § 2; and |
| KEVIN TOPPIN, | * | Forfeiture, 21 U.S.C. § 853, 28 U.S.C. |
| | * | § 2461(c)) |
| Defendants. | * | |
| | * | UNDER SEAL |
| | * | |

\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
### Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

From a date unknown to the Grand Jury but as late as October 2019 and continuing until at least April 2020, in the District of Maryland, the defendants,

**TORICO REAVES,
MICHAEL BOWLES,
SHAWN JACKSON,
LAFONTE JOHNSON,
ROBERT ROSS, JR.,
ALBERT SHIELDS,
and
KEVIN TOPPIN,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute 400 grams or more of a mixture

or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 846; 21 U.S.C. § 841(b)(1(A)(vi)

## COUNT TWO
## Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about April 5, 2020, in the District of Maryland, the defendants,

**TORICO REAVES
and
KEVIN TOPPIN,**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1(A)(vi)

## COUNT THREE
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about April 14, 2020, in the District of Maryland, the defendant,

## MICHAEL BOWLES,

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(B)(vi)

4

## COUNT FOUR
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about October 11, 2019, in the District of Maryland, the defendant,

### SHAWN JACKSON,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

## COUNT FIVE
### Possession with Intent to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges:

On or about November 5, 2019, in the District of Maryland, the defendant,

**ROBERT ROSS, JR.,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 28 U.S.C. § 2461(c) and other statutes cited herein, in the event of the defendants' convictions.

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the narcotics counts in the Indictment, the defendant(s) convicted of such offenses, shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offenses.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. Approximately $814,270 in U.S. currency seized from Lafonte Johnson's residence in Severn, Maryland on or about April 14, 2020;

   b. One 14K gold laser engraved personalized diamond pendant seized from Lafonte Johnson's residence in Severn, Maryland on or about April 14, 2020;

   c. One 10k rose gold diamond cut rope chain, both seized from Lafonte Johnson's residence in Severn, Maryland on or about April 14, 2020

   d. One 18k Everose gold men's oyster perpetual Rolex day-date watch seized from Lafonte Johnson's residence in Severn, Maryland on or about April 14, 2020; and

e. Approximately $46,251 in U.S. currency seized from Torico Reaves' residence in Baltimore, Maryland on or about April 14, 2020.

21 U.S.C. § 853
21 U.S.C. § 841
21 U.S.C. § 846
28 U.S.C. § 2461

*Robert K. Hur* / cda
Robert K. Hur
United States Attorney

**SIGNATURE REDACTED**

Foreperson

12-9-20
Date

8