CDA/JTW
USAO#2020R00201
MDB 6.25.21

```
                                    FILED_____ ENTERED
                                    LOGGED_____ RECEIVED

                                         APR 20 2022
                                        AT BALTIMORE
                                 CLERK, U.S. DISTRICT COURT
                                  DISTRICT OF MARYLAND
                              BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-20-0443 |
| | * | |
| KEVIN TOPPIN, | * | (Conspiracy to Distribute and |
| | * | Possess with Intent to Distribute |
| Defendant. | * | Controlled Substances, 21 U.S.C. |
| | * | § 846; Possession with Intent to |
| | * | Distribute Controlled Dangerous |
| | * | Substances, 21 U.S.C. § 841(a); and |
| | * | Forfeiture, 21 U.S.C. § 853, 28 U.S.C. |
| | * | § 2461(c)) |
| | * | |

******

## SUPERSEDING INFORMATION

### COUNT ONE
### Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

The United States Attorney charges:

From a date unknown, but no later than November 2019, and continuing until at least April 2020, in the District of Maryland, the defendant,

**KEVIN TOPPIN,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to distribute and possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 846; 21 U.S.C. § 841(b)(1)(C)

## COUNT TWO
**Possession with Intent to Distribute Controlled Substances**

The United States Attorney charges:

On or about April 5, 2020, in the District of Maryland, the defendant,

**KEVIN TOPPIN,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C)

2

## FORFEITURE

The United States Attorney further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction(s).

2. Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Counts One and Two of the Superseding Information, the defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

3. Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
28 U.S.C. § 2461

*Erek L. Barron / ca*
Erek L. Barron
United States Attorney